IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRUCE BEGG, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>-against-<br><br>**OAK AND FORT ENTERPRISE (U.S.), INC.,**<br><br>Defendant. | Civil Case No.:<br><br>4:20-cv-01516-HSG<br><br><br>ORDER |

## **ORDER**

THIS MATTER is before the Court on the Consent Motion, filed by the Plaintiff, requesting that the parties be permitted to virtually conduct the in-person settlement meeting required by General Order 56. The Court, having reviewed the Motion and fully considered the matter, and in light of the COVID-19 coronavirus pandemic, hereby ORDERS as follows:

1. The Motion is granted;

2. The parties are granted leave to conduct the required settlement meeting via videoconference.

**SO ORDERED, on this 27th day of October 2020.**

*Haywood S. Gilliam, Jr.*
Honorable Haywood S. Gilliam, Jr.
United States District Judge